IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HESS CORPORATION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.: 4:16-cv-03415 |
| | § | |
| SCHLUMBERGER TECHNOLOGY | § | |
| CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT PROPOSED ORDER OF FINAL JUDGMENT

On February 3, 2020, the trial of this case began.  Plaintiff Hess Corporation ("Hess") appeared by and through its attorneys of record and announced ready for trial.  Defendant Schlumberger Technology Corporation ("Schlumberger") also appeared by and through its attorneys of record and announced ready for trial.  The Court determined that it had jurisdiction of the subject matters and the parties in this case.  Judge Sim Lake presided over this case without a jury.

The right to a jury trial was waived because the parties did not demand a jury.

The Court, after reviewing the pleadings, heard the evidence and testimony and renders its judgment for Schlumberger.

The Court entered its Memorandum Opinion and Order containing its findings of fact and conclusions of law on November 5, 2020, after the trial of this matter.  ECF No. 225.

Based on those findings of fact and conclusions of law, the Court determined that Hess was not entitled to judgment and denied Hess's Motion for Entry of Judgment.  Accordingly, the Court ORDERS that Hess take nothing by its suit, that the actions be dismissed on the merits, and,

consistent with the Court's Memorandum Opinion and Order, that Schlumberger recover its attorneys' fees, court costs, and other expenses for having to defend against Hess's claim for methanol-related damages.

Schlumberger requested reasonable attorneys' fees, court costs, and other expenses and filed an affidavit proving $118,380.32 for attorneys' fees, court costs, and other expenses. ECF No. 226. The Court ORDERS Hess to pay Schlumberger $118,380.32 for its attorneys' fees, court costs, and other expenses. Costs will be taxed against Plaintiff.

The Court ORDERS execution to issue for this judgment.

The Court DENIES all relief not granted in this judgment.

This is a FINAL JUDGMENT.

SIGNED this _____ day of _____, 2020.


_____
Judge Sim Lake
United States District Judge

**AGREED AS TO FORM:**

WINSTON & STRAWN LLP

By: */s/ Hugh E. Tanner*
Hugh E. Tanner
Texas Bar No. 19637400
S.D. Adm. No. 6265
htanner@winston.com
800 Capitol Street, Suite 2400
Houston, Texas 77002
Tel. (713) 651-2600
Fax (713) 651-2700

**Attorney-In-Charge for Defendant
Schlumberger Technology Corporation**

OF COUNSEL:
Denise Scofield
Texas Bar No. 00784934
S.D. Adm. No. 1529
dscofield@winston.com
Richard T. McCarty
Texas Bar No. 24074675
S.D. Adm. No. 1147407
rmccarty@winston.com
Brandon W. Duke
Texas Bar No. 240994476
S.D. Adm. No. 2857734
bduke@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, Texas 77002
Tel. (713) 651-2600
Fax (713) 651-2700

Basheer Y. Ghorayeb
Texas Bar No. 24027392
S.D. Adm. No. No. 30567
bghorayeb@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Tel. (214) 453-6500
Fax (214) 453-6400

SUSMAN GODFREY L.L.P.

By: */s/ Thomas W. Paterson*
Thomas W. Paterson
State Bar No. 15571500
S.D. Adm. No. 07078
tpaterson@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel. (713) 651-9366
Fax (713) 654-6666

**Attorney-In-Charge for Plaintiff**
**Hess Corporation**

OF COUNSEL:
Randall W. Wilson
State Bar No. 21709600
S.D. Adm. No. 2771
rwilson@susmangodfrey.com
Ashley L. McMillian
State Bar No. 24070252
S.D. Adm. No. 1571928
amcmillian@susmangodfrey.com
Ryan T. Weiss
State Bar No. 24107957
S.D. Adm. No. 3322787
rweiss@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel. (713) 651-9366
Fax (713) 654-6666